[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12020
Non-Argument Calendar
_____

D.C. Docket No. 9:95-cr-08089-DTKH-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARY ALPHONSO PARSON,
a.k.a. Black,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 27, 2015)

Before WILSON, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

Robert Adler, appointed counsel for Gary Alphonso Parson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and we **AFFIRM** the denial of Parson's motion to reduce sentence under 18 U.S.C. § 3582(c).